

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X  Index No. 13120/07
IONA BROWN,

                                 Docket No.:

            Plaintiff

                                 **RULE 7.1 STATEMENT**

   -against-

                                 Judge Assigned:

J.J.J. DELIVERY LLC, RIVER STREET IDEA LEASE
and JORGE ARACENA-NUNEZ,

            Defendants
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judge and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendants J.J.J. DELIVERY LLC, RIVER STREET IDEA LEASE and JORGE ARACENA-NUNEZ, certifies upon information and belief that the following are corporate parents, subsidiaries, and/or affiliates of that party, which are publicly held: NONE.

Dated: New York, New York
       January 2, 2008

                                      Yours, etc.,

                                      **LAW OFFICES OF PATRICK J. MALONEY**

                                      By:_____
                                         Mark A. Solomon (2613)
Attorneys for Defendants
J.J.J. DELIVERY LLC, RIVER STREET IDEA LEASE
and JORGE ARACENA-NUNEZ
90 Broad Street – Suite 2202
New York, New York 10004
(646) 428-2650

TO: KUHARSKI, LEVITZ & GIOVINAZZO
Attorneys for Plaintiff
IONA BROWN
7 Dey Street - 14th Floor
New York, New York 10007
(212) 228-1331

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ss.:
COUNTY OF NEW YORK  )


      **ROBERTTA GRAHAM**, being duly sworn, deposes and says: that deponent is not a party to this action is over 18 years of age and resides in Bronx, New York.

      That on the **2nd day of January 2008**, deponent served the within **RULE 7.1 STATEMENT** upon:

TO:    KUHARSKI, LEVITZ & GIOVINAZZO
          Attorneys for Plaintiff
          IONA BROWN
          7 Dey Street - 14th Floor
          New York, New York 10007
          (212) 228-1331

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in the official depository under the exclusive care and custody of the United States Post Office with the State of New York.

                                                                   */s/ Robertta Graham*
                                                                   **ROBERTTA GRAHAM**

Sworn to before me this
2nd day of January 2008

*/s/ Laura E. Rubinich-Martinez*
Notary Public

LAURA E. RUBINICH - Martinez
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RU6119528
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 5TH, 20__

7

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X   Index No. : 303710/07
IONA BROWN,

                                                               Docket No.:

                        Plaintiff,

      -against-                                          **Judge Assigned:**

J.J.J. DELIVERY LLC, RIVER STREET IDEA LEASE
and JORGE ARACENA-NUNEZ,

                        Defendants.
-------------------------------------------------------------------X

---

## RULE 7.1 STATEMENT

---

LAW OFFICES OF PATRICK J. MALONEY
Attorneys for Defendants
J.J.J. DELIVERY LLC, RIVER STREET IDEA LEASE
and JORGE ARACENA-NUNEZ
90 Broad Street – Suite 2202
New York, New York 10004
(646) 428-2650