# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ss.:
COUNTY OF NEW YORK  )

**ROBERTTA GRAHAM**, being duly sworn, deposes and says: that deponent is not a party to this action is over 18 years of age and resides in Bronx, New York.

That on the 2nd day of January 2008, deponent served the within **NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §1441** upon:

TO:   KUHARSKI, LEVITZ & GIOVINAZZO
        Attorneys for Plaintiff
        IONA BROWN
        7 Dey Street - 14th Floor
        New York, New York 10007
        (212) 228-1331

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in the official depository under the exclusive care and custody of the United States Post Office with the State of New York.

_____
**ROBERTTA GRAHAM**

Sworn to before me this
2nd day of January 2008

_____
Notary Public

LAURA E. RUBNICH
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RU6110299
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES 6TH, 20__