## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                          ss.:
COUNTY OF NEW YORK  )

**ROBERTTA GRAHAM**, being duly sworn, deposes and says: that deponent is not a party to this action is over 18 years of age and resides in Bronx, New York.

That on the **2nd day of January 2008**, deponent served the within **RULE 7.1 STATEMENT** upon:

TO:   KUHARSKI, LEVITZ & GIOVINAZZO
         Attorneys for Plaintiff
         IONA BROWN
         7 Dey Street - 14th Floor
         New York, New York 10007
         (212) 228-1331

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in the official depository under the exclusive care and custody of the United States Post Office with the State of New York.

*[signature]*
**ROBERTTA GRAHAM**

Sworn to before me this
2nd day of January 2008

*[signature]*
Notary Public

LAURA E. RUBNICH-MARTINEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RU6116259
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 9TH, 20__

7