## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           ss.:
COUNTY OF NEW YORK  )

      **ROBERTTA GRAHAM**, being duly sworn, deposes and says: that deponent is not a party to this action is over 18 years of age and resides in Bronx, New York.

      That on the **2nd day of January 2008**, deponent served the within **VERIFIED ANSWER** upon:

TO:    KUHARSKI, LEVITZ & GIOVINAZZO
           Attorneys for Plaintiff
           IONA BROWN
           7 Dey Street - 14th Floor
           New York, New York 10007
           (212) 228-1331

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in the official depository under the exclusive care and custody of the United States Post Office with the State of New York.

                                        */s/ Robertta Graham*
                                        **ROBERTTA GRAHAM**

Sworn to before me this
2nd day of January 2008

*/s/ Laura E. Rubinich-Martinez*
Notary Public

LAURA E. RUBINICH-Martinez
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RU6118259
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES FEB. 29, 08