

**MICHAEL J. KUHARSKI**
**LONNY R. LEVITZ**

**CHRISTOPHER L. STANLEY**

Of Counsel
**LISA E. GIOVINAZZO**
**BRUCE LEVITZ**
**DAVID G. IRONMAN**

Tuesday, May 27, 2008

Honorable Miriam Goldman Cedarbaum
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **RE: Brown, Iona v J.J.J. Delivery LLC**
        **D/A: 12/21/2006**
        **Index # 08-cv-0026**

Dear Honorable Justice Cedarbaum:

    Please be advised that my office represents the plaintiff in the abovementioned case. In this matter we had a Conference in front of your honor in January. At the Conference I discussed with the defense attorney scheduling depositions in April. For over a month my office has been attempting to schedule depositions, but the defendants have refused to cooperate. My para-legal has left several messages that have not been returned. Last week I spoke with the attorney handling the matter for the defendant and he also refused to cooperate.

    Therefore I am requesting that the Court aid in scheduling depositions so that discovery can be completed in this matter.

    If you have any questions kindly contact the undersigned. I thank you for your anticipated cooperation.

                              KUHARSKI, LEVITZ & GIOVINAZZO, ESQS.

                              BY:   LONNY LEVITZ

cc:    Mark A. Solomon
        Law Offices of Patrick J. Maloney
        90 Broad Steet, Suite 2202
        New York, NY 10004

Main Office
7 DEY STREET
14TH FLOOR
NEW YORK, NY 10007
PHONE: 212.228.1331
FAX: 212.406.1331

www.klawnyc.com
consult@klawnyc.com

Staten Island Office
521 FOREST AVENUE
STATEN ISLAND, NY 10310
PHONE: 718.448.1600



**MICHAEL J. KUHARSKI**
**LONNY R. LEVITZ**

**CHRISTOPHER L. STANLEY**

Of Counsel
**LISA E. GIOVINAZZO**
**BRUCE LEVITZ**
**DAVID G. IRONMAN**

Tuesday, May 27, 2008

Honorable Miriam Goldman Cedarbaum
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       **RE: Brown, Iona v J.J.J. Delivery LLC**
       **D/A: 12/21/2006**
       **Index # 08-cv-0026**

Dear Honorable Justice Cedarbaum:

     Please be advised that my office represents the plaintiff in the abovementioned case. In this matter we had a Conference in front of your honor in January. At the Conference I discussed with the defense attorney scheduling depositions in April. For over a month my office has been attempting to schedule depositions, but the defendants have refused to cooperate. My para-legal has left several messages that have not been returned. Last week I spoke with the attorney handling the matter for the defendant and he also refused to cooperate.

     Therefore I am requesting that the Court aid in scheduling depositions so that discovery can be completed in this matter.

     If you have any questions kindly contact the undersigned. I thank you for your anticipated cooperation.

                        KUHARSKI, LEVITZ & GIOVINAZZO, ESQS.

                        BY:   LONNY LEVITZ

cc:   Mark A. Solomon
       Law Offices of Patrick J. Maloney
       90 Broad Steet, Suite 2202
       New York, NY 10004

Main Office
7 DEY STREET
14TH FLOOR
NEW YORK, NY 10007
PHONE: 212.228.1331
FAX: 212.406.1331

www.klawnyc.com
consult@klawnyc.com

Staten Island Office
521 FOREST AVENUE
STATEN ISLAND, NY 10310
PHONE: 718.448.1600