UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

| | |
|---|---|
| Iona Brown | CASE MANAGEMENT PLAN |
| Plaintiff (s) | 08 Civ. 00026 (MGC) |
| - against - | |
| J. J. J. Delivery L. L. C., et al. | |
| Defendant (s) | |

-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/08

The Following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26 (f) scheduling order as required by the Federal Rules of Civil Procedure.

| | |
|---|---|
| Estimated Length of time for Trial | One Week |
| Joinder of additional parties by | February 22, 2008 |
| Amend the pleadings by | February 22, 2008 |
| All motions other than summary judgment by | August 1, 2008 |
| Discovery: | |
| All discovery to be completed by | August 1, 2008 |
| Joint Pre-Trial Order to be submitted by | September 15, 2008 |
| Final Pre-Trial Conference is scheduled for | Thursday September 18, 2008 at 2:30 pm. |
| Trial: | Jury Trial November 3, 2008 at 2:30 pm. |

SO ORDERED.

Dated: New York, New York
July 23, 2008

MIRIAM GOLDMAN CEDARBAUM
United States District Judge