UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IONA BROWN,

                Plaintiff

      v.

J.J.J. DELIVERY LLC, RIVER STREET IDEA
LEASE and JORGE ARACENA-NUNEZ
                Defendants
-----------------------------------------------------------x

Index No.: 08 Civ. 00026 (MGC)

ECF CASE

**NOTICE OF MOTION**

**JUDGE ASSIGNED:**

**HON. MIRIAM GOLDMAN CEDARBAUM**

| | |
|---|---|
| MOTION BY: | Defendants J.J.J. DELIVERY LLC, RIVER STREET IDEA LEASE and JORGE ARACENA-NUNEZ |
| DATE and TIME: | August 28, 2008 at 9:30 a.m. |
| PLACE: | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, 500 Pearl Street New York, New York 10007 before the Hon. Miriam Goldman Cedarbaum. |
| SUPPORTING PAPERS: | Affidavit of Mark A. Solomon and attached Exhibits |
| RELIEF DEMANDED: | (a) An Order pursuant to FRCP 17 dismissing the complaint in its entirety. |
| | (b) Such other and further relief as this Court deems just and proper. |

DATED: New York, New York
August 5, 2008

                                  Yours, etc.,
                                  HARVEY & VANDAMME
                                  Attorneys for Defendants,
                                  J.J.J. DELIVERY LLC, RIVER STREET IDEA
                                  LEASE and JORGE ARACENA-NUNEZ
                                  90 Broad Street, Suite 2202
                                  New York, New York 100007

                                  By: _____
                                       Mark A. Solomon (2613)

TO: KUHARSKI, LEVITZ
       & GIOVINAZZO
       Attorneys for Plaintiff
       IONA BROWN
       7 Dey Street, 14th Floor
       New York, New York 10007